IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00035-GPG

BILL GUINN,

      Plaintiff,

v.

JUDGE DaVITA, Jefferson County District Court,
JUDGE RANDALL, Jefferson County  District Court,
UNKNOWN COLORADO SUPREME COURT JUDGES,
JEFFCO COMBINED COURTS,
UNKNOWN JEFFCO DEPUTY DISTRICT ATTORNEYS,
JEFFCO DISTRICT ATTORNEY'S OFFICE,
BLOODWORTH, Jeffco Deputy Public Defender, and
JEFFCO DEPUTY PUBLIC DEFENDER'S OFFICE,

      Defendants.

---

ORDER CLOSING CASE

---

Plaintiff currently resides in Denver, Colorado.  This action was initiated on

January 6, when Plaintiff submitted a Complaint and a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  On January 7, 2015, Magistrate Judge Gordon

P. Gallagher entered an order that directed Plaintiff to submit his request to proceed

pursuant to § 1915 on a proper Court-approved form, which is titled, "Application to

Proceed in District Court Without Prepaying Fees or Costs."  Plaintiff complied with the

January 7 Order and was granted leave to proceed pursuant to 28 U.S.C. § 1915.

Magistrate Judge Gallagher then entered an Order to Show Cause why the

action should not be dismissed as repetitive of *Guinn v. DaVita, et al.*, No. 14-cv-03427-

LTB (D. Colo. Feb. 19, 2015).  On February 18, 2015, Plaintiff responded and informed

the Court that the Complaint used by the Court to initiate this action should have been

filed in Case No. 14-cv-03427-LTB as an amended complaint and that the Court has opened two actions to address the same complaint.

Plaintiff also filed an Objection in this action and in Case No. 14-cv-03427-LTB that asserts the Application to Proceed in District Court Without Prepaying Fees or Costs should have been filed in Case No. 14-cv-03427-LTB in response to Magistrate Judge Gallagher's order to cure deficiencies in that case.  The Court, therefore, will dismiss the instant action without prejudice and instruct the Clerk of the Court to file the Complaint entered in this case in Case No. 14-cv-03427-LTB.

Accordingly, it is

ORDERED that the Complaint, ECF No. 1, filed on January 6, 2015, and the Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 6, filed on January 23, 2015, are ordered filed in Case No. 14-cv-03427-LTB.  It is

FURTHER ORDERED that the case is dismissed without prejudice and the Clerk of the Court is instructed to close the action.

DATED at Denver, Colorado, this ___23rd___ day of ___March___, 2015.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2